HARRIET L. HAWVER, APPELLEE, V. PARKWAY REAL ESTATE COMPANY ET AL., APPELLANTS.

FILED SEPTEMBER 18, 1901. NO. 9,655.

1. **Conflicting Evidence.** A finding of fact based upon conflicting evidence will not be disturbed on review, unless clearly erroneous.

   **Judicial Sale: REVIEW.** A ground for setting aside a judicial sale is unavailing on review, unless the same was presented to the court below.

APPEAL from the district court for Douglas county. Heard below before POWELL, J. *Affirmed.*

*John W. Cooper,* for appellants.

*W. M. Cowherd, Alfred Pizey* and *Paul Pizey, contra.*

NORVAL, C. J.

This appeal is prosecuted from an order of the district court confirming the sale of real estate made under a decree foreclosing a mortgage.

The appraisement and sale are assailed on the ground that the property was appraised at such a low sum as to amount to a fraud. Evidence in the nature of affidavits was taken on this point, which has been preserved in a bill

of exceptions.   This evidence, as might be expected, was exceedingly conflicting.   That introduced on one side fully sustains the appraisement as made, while that produced by the defendants tends to show that the premises were appraised at a sum not to exceed one-half their fair market value.   Conflicting evidence will not be reviewed on appeal.

It is finally insisted that the sale should be vacated for the reason the sheriff offered for sale real estate which was not embraced in, nor covered by, the decree.   A sufficient answer to this contention is that the record before us does not show that the sheriff did this.   Besides, the objection was not raised in the court below.   *Creighton University v. Riley,* 50 Nebr., 341.   The order is

AFFIRMED.

SULLIVAN, J., absent, not voting.